AO 458 (Rev. 10/95 - Rev. D. MA 2/07) Appearance - Criminal

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | **APPEARANCE** |
|---|---|
| V. | |
| George Fenzell | Case Number: 14-CR-40005-TSH |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

George Fenzell

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:
- [ ] CJA Appointment
- [ ] Federal Public Defender
- [✓] Retained
- [ ] Pro Bono

| 4/3/2014 | *(signature)* |
|---|---|
| Date | Signature |
| | Philip Cormier — 554515 |
| | Print Name — Bar Number |
| | Good Schneider Cormier, 83 Atlantic Avenue |
| | Address |
| | Boston — MA — 02110 |
| | City — State — Zip Code |
| | (617) 523-5933 — (617) 523-7554 |
| | Phone Number — Fax Number |