UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 14-40005-TSH |
| GEORGE FENZELL, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## ORDER ON MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT DEFENDANT TO VACATION AT DISNEY WORLD IN FLORDIA

April 14, 2014

Hennessy, M.J.

On April 8, 2014, Defendant moved pursuant to the Bail Reform Act to modify the conditions of his release so that he may take a vacation with his son and companion at Disney World in Florida from April 19 until April 29, 2014. The Court previously denied an oral motion to permit Defendant to travel to Florida and other locations on a cruise.

Defendant is charged by indictment with tax crimes. Generally, the indictment alleges that Defendant has attempted through nominee entities to conceal business receipts from his dental practice, financial transactions and assets. See Indictment ¶4. The indictment lists five such entities. Id. The indictment further alleges that Defendant used multiple bank accounts in at least three states to deposit and withdraw business income and other funds, and used third parties to withdraw funds from these accounts, in order to conceal Defendant's ownership and control of such funds. Id. ¶6. At least two of these accounts were maintained at SunTrust Bank

in Florida.  Id.  Finally, for purposes of considering the instant motion, the indictment alleges that Defendant made extensive use of cash to avoid creating a paper trail that would link him to such accounts.  Id. ¶7.

Given the nature and circumstances of the offense, the Court finds that the requested modification in the conditions of Defendant's release is not appropriate.  Defendant's conditions of release were fashioned to ensure Defendant's appearance as required, and travel to a location where the grand jury has found probable cause to believe that Defendant opened nominee accounts and used third parties to conceal his ownership of such accounts and the funds in them undermines that objective.

Further, the Court allowed Defendant's release on the condition that his assets be used exclusively to meet his ordinary living expenses and legal fees.  The Court finds that Defendant's proposed travel to Disney World in Florida falls outside this condition.  Defendant's motion is DENIED.

## RIGHT OF APPEAL

Defendant is advised that he may file a motion for review of this order pursuant to 18 U.S.C. § 3145(b).

 / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge