UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
UNITED STATES OF AMERICA    )
                                              )         CRIMINAL No. 14-40005-TSH
     v.                                     )
                                              )
GEORGE FENZELL                    )
_____)

**GEORGE FENZELL'S ASSENTED TO
MOTION TO ENLARGE TIME TO FILE OBJECTIONS TO THE DRAFT
PRESENTENCE REPORT AND TO CONTINUE SENTENCING HEARING**

George Fenzell respectfully moves this Court to enlarge the time for filing his objections to the draft presentence report (PSR) to Friday June 5, 2015, and to continue his sentencing hearing from the presently scheduled date of Friday June 12, 2015 to Friday June 26, 2015. The grounds for this motion are as follows:

1. Undersigned counsel is preparing objections to the draft PSR. The final PSR is presently due to be filed by Probation this Friday, May 29. However, undersigned counsel needs additional time to confer with Dr. Fenzell's tax counsel and to properly prepare the objections. Probation needs adequate time to analyze and review Dr. Fenzell's objections before issuing the final PSR.[1]

2. Application of the sentencing guidelines in this case involves the calculation of tax loss and restitution for a period of 11 years (2001 - 2011), which includes consideration of what taxes have been paid to date and whether certain business expenses and deductions for various of

---

[1] Undersigned counsel, Philip G. Cormier, did not receive the draft PSR in this case until late in the day Thursday, May 21, 2015. The draft PSR had been emailed the first week in March to the government and to Dr. Fenzell's tax counsel (DeFranceschi & Klemm), but was inadvertently not emailed to undersigned counsel at that time. Undersigned counsel was unaware of the issuance of the draft PSR and likewise Dr. Fenzell's tax counsel did not realize that undersigned counsel had not received the draft PSR.

these years should be applied.  In addition, the draft PSR asserts that state taxes are owed to the Commonwealth of Massachusetts, the calculation of which is based in part on the federal tax calculations.  The extra time requested will allow the parties to confer and compare their respective calculations and may obviate or limit the disputed issues for consideration by the Court at sentencing.

     3.  The additional requested time will allow counsel to properly and effectively prepare Dr. Fenzell's objections and will serve the interests of justice and judicial economy.

## L.R. 7.1 CERTIFICATION

Undersigned counsel has conferred with DOJ Trial Attorney John Kane and Senior Probation Officer Michelle Roberts, and both have stated that they assent to this motion.

For all of the foregoing reasons, this motion should be granted.

DATED: May 27, 2015

          Respectfully submitted,

          /s/*Philip G. Cormier*
          Philip G. Cormier
          MA BBO #554515
          Good Schneider Cormier
          83 Atlantic Avenue
          Boston, MA 02110
          Tel. 617-523-5933
          Fax. 617-523-7554
          pc@gscboston.com

          *Counsel to George Fenzell*

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within document on counsel of record via the ECF system.

Dated:  May 27, 2015          */s/ Philip G. Cormier*
                                                Philip G. Cormier