IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Case No. 4:14-CR-40005-TSH |
| GEORGE FENZELL, ) | |
| Defendant. ) | |
| _____ ) | |

**GOVERNMENT'S MOTION FOR U.S.S.G. § 5K1.1 DEPARTURE**

The United States, by and through Assistant Chief John Kane, Department of Justice, Tax Division, moves this Court pursuant to United States Sentencing Guidelines Section 5K1.1, to depart from the otherwise applicable guidelines regarding the sentencing of defendant George Fenzell. As basis for departure, the United States submits the following information for this Court's consideration:

Defendant George Fenzell has provided substantial cooperation to the Government by submitting to three separate interviews with Government counsel, by providing information helpful in the civil litigation brought by The Department of Justice to enjoin WR from preparing tax returns, and by testifying in a federal grand jury investigation in which he also provided helpful information.  Thus, the Government recommends that the Guideline range be reduced to 24 months of imprisonment pursuant to U.S.S.G. § 5K1.1.

1

12845682.1

WHEREFORE, the Government moves this Court, pursuant to U.S.S.G. §5K1.1, to depart downward from the otherwise applicable sentencing guidelines, based upon the substantial assistance provided by defendant George Fenzell.

                                          Respectfully submitted,

                                          CARMEN M. ORTIZ
                                          United States Attorney

                      By:    */s/ John N. Kane, Jr.*
                            JOHN N. KANE, JR.
                            Assistant Chief
                            U.S. Department of Justice
                            Tax Division

Dated: June 25, 2015

**CERTIFICATE OF SERVICE**

       I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

       */s/ John N. Kane, Jr.*
JOHN N. KANE, JR.
Assistant Chief
U.S. Department of Justice, Tax Division

12845682.1